AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Opperman, Daniel S. | Bankruptcy Eastern District MI | 10/28/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Bankruptcy Judge | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☑ Amended Report | 01/01/2018 <br> to <br> 12/31/2018 |

**7. Chambers or Office Address**

111 First Street
Bay City, Michigan 48708

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board of Directors Member and Vice Chair | Midland Center for the Arts |
| 2. | Member | Bankruptcy Appellate Panel |
| 3. | Trustee | Eastern Michigan University Foundation |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2018 | DowDuPont f/k/a The Dow Chemical Company - Salary and Bonus; Severance Benefits |
| 2. | 2018 | DowDuPont f/k/a The Dow Chemical Company - Pension |
| 3. | 2018 | Opperman Consulting LLC - Earnings |
| 4. | 2018 | Orrick, Herrington & Satcliffe, L.L.P. - Consultant Fees |
| 5. | 2018 | Isabella Bank Corporation - Director Fees |
| 6. | 2018 | Midland Business Alliance |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bankruptcy Institute | 06/06/18-06/09/18 | Lake Geneva, WI | Seminar | Transportation and Lodging |
| 2. | Federal Bar Association | 07/25/18-07/27/18 | Traverse City, MI | Seminar | Transportation and Lodging |
| 3. | American Bankruptcy Institute Veteran's Day Consumer Conference | 11/12/18 | Troy, MI | Seminar | Transportation and Lodging |
| 4. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Opperman, Daniel S. | 10/28/2019 |

5.

| Name of Person Reporting | Date of Report |
|---|---|
| Opperman, Daniel S. | 10/28/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Opperman, Daniel S. | 10/28/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Bank Accounts "(H)" | | | | | | | | | |
| 2. Huntington Bank f/k/a First Merit f/k/a Citizens - Cash Equivalent | A | Interest | K | T | | | | | |
| 3. Comerica Bank - Cash Equivalent | A | Interest | K | T | | | | | |
| 4. Dow Chemical Credit Union - Cash Equivalent | B | Interest | M | T | | | | | |
| 5. Members First Credit Union - Cash Equivalent | B | Interest | | | Sold | 01/05/18 | K | A | |
| 6. E-Trade - Cash Equivalent | A | Interest | L | T | | | | | |
| 7. Raymond James - Cash Equivalent | A | Interest | K | T | | | | | |
| 8. Isabella Bank - Cash Equivalent | B | Interest | M | T | | | | | |
| 9. Certificates of Deposit "(H)" | | | | | | | | | |
| 10. Members First Credit Union | B | Interest | | | Sold | 01/05/18 | L | A | |
| 11. Dow Chemical Credit Union | B | Interest | L | T | | | | | |
| 12. Mayville State Bank | A | Interest | K | T | | | | | |
| 13. Isabella Bank | B | Interest | L | T | | | | | |
| 14. Municipal Bonds "(H)" | | | | | | | | | |
| 15. FLORIDA ST GO ULT | A | Interest | K | T | | | | | |
| 16. MARYLAND ST GO ULT | B | Interest | L | T | | | | | |
| 17. Muniyield Michigan Insured | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Opperman, Daniel S. | 10/28/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Muniyield Michigan Insured | A | Interest | J | T | | | | | |
| 19. MICHIGAN ST Trunk Line | B | Interest | L | T | | | | | |
| 20. MINNESOTA ST GO ULT | A | Interest | K | T | | | | | |
| 21. NEW MEXICO ST GO ULT | A | Interest | K | T | | | | | |
| 22. OAKLAND CNTY MI - Rochester Hills Water & Sewer | A | Interest | K | T | | | | | |
| 23. OREGON ST GO ULT | A | Interest | K | T | | | | | |
| 24. PENNSYLVANIA ST GO ULT | A | Interest | K | T | | | | | |
| 25. SAGINAW MI TWP School District | A | Interest | | | Sold | 05/01/18 | K | A | |
| 26. TEXAS ST GO ULT | A | Interest | K | T | | | | | |
| 27. Treasury Bills | A | Interest | | | Buy (add'l) | 08/27/18 | L | | |
| 28. | | | | | Sold | 10/25/18 | L | A | |
| 29. WASHINGTON ST GO ULT | C | Interest | L | T | | | | | |
| 30. Real Estate "(H)" | | | | | | | | | |
| 31. Farmland, Millington, Michigan Acquired 04/13/89 for $70,000 | E | Rent | L | R | | | | | |
| 32. Life Insurance "(H)" | | | | | | | | | |
| 33. Farm Bureau Life Insurance - Universal Life - Fixed | A | Interest | K | T | | | | | |
| 34. Stock and Certificates Held as Tenants By Entirety "(H)" | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Opperman, Daniel S. | 10/28/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. ATMOS Energy | B | Dividend | K | T | | | | | |
| 36. Citizens Communications | A | Dividend | J | T | | | | | |
| 37. Chevron Corporation | B | Dividend | K | T | | | | | |
| 38. CMS Energy | A | Dividend | K | T | | | | | |
| 39. DowDuPont f/k/a The Dow Chemical Company | D | Dividend | L | T | | | | | |
| 40. Evergy, Inc. f/k/a Great Plains Energy by way of merger on 06/04/18 | A | Interest | J | T | | | | | |
| 41. Highwoods Property | A | Dividend | J | T | | | | | |
| 42. News Corp | A | Dividend | J | T | | | | | |
| 43. 20th Century Fox | A | Dividend | K | T | | | | | |
| 44. Northwestern Corp | A | Dividend | J | T | | | | | |
| 45. XCEL Energy | B | Dividend | K | T | | | | | |
| 46. Stocks and Bonds - Broker Account DSO and BLO "(H)" | | | | | | | | | |
| 47. Adams Natural Resources Fund formerly Petroleum & Resources Corp. | A | Dividend | J | T | | | | | |
| 48. Alliance Bernstein Sustainable Int'l Growth | A | Dividend | K | T | | | | | |
| 49. Ameriprise Insured Money Market | A | Interest | K | T | | | | | |
| 50. Camden Property | A | Dividend | J | T | | | | | |
| 51. Centrus Energy Corp. | | None | | | Sold | 08/13/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Opperman, Daniel S. | 10/28/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Equity Commonwealth | | None | J | T | | | | | |
| 53. Essex Property | A | Dividend | J | T | | | | | |
| 54. First Industrial Realty | A | Dividend | | | Sold | 08/13/18 | J | A | |
| 55. Five Star Quality Care Inc. | | None | | | Sold | 08/13/18 | J | A | |
| 56. Golden Ocean Group, Ltd. f/k/a Knightsbridge Shipping | | None | | | Sold | 08/13/18 | J | A | |
| 57. Evergy, Inc. f/k/a Great Plains Energy by way of merger on 06/04/18 | A | Dividend | | | Sold | 08/13/18 | J | A | |
| 58. JBG Smith Properties | A | Dividend | | | Sold | 08/13/18 | J | A | |
| 59. John Hancock Financial | A | Dividend | J | T | | | | | |
| 60. Nordic American Tanker | A | Dividend | | | Sold | 08/13/18 | J | A | |
| 61. Royal Dutch Shell PLC | A | Dividend | J | T | | | | | |
| 62. Southern Company | A | Dividend | J | T | | | | | |
| 63. Vornado Realty | A | Dividend | J | T | | | | | |
| 64. Urban Edge Properties | A | Dividend | | | Sold | 08/13/18 | J | A | |
| 65. Stocks and Certificates "(H)" | | | | | | | | | |
| 66. DowDuPont f/k/a The Dow Chemical Company | D | Dividend | M | T | | | | | |
| 67. Van Kampen Municipal Trust | A | Interest | J | T | | | | | |
| 68. Restricted Stock - DowDuPont f/k/a The Dow Chemical Company | | None | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Opperman, Daniel S. | 10/28/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Restricted Stock - Isabella Bank Corporation | B | Dividend | L | T | | | | | |
| 70. Limited Liability Company Units - SRO "(H)" | | | | | | | | | |
| 71. Opperman Consulting LLC | E | Dividend | L | T | | | | | |
| 72. Rowley Family Properties, LLC | | None | L | W | | | | | |
| 73. Stocks and Bonds - Broker Accounts IRA SRO "(H)" | | | | | | | | | |
| 74. Amazon.com Inc. | | None | M | T | Sold (part) | 02/14/18 | J | C | |
| 75. | | | | | Sold (part) | 03/28/18 | K | E | |
| 76. | | | | | Buy (add'l) | 12/06/18 | K | | |
| 77. American Tower Corp. | A | Dividend | K | T | Sold (part) | 03/06/18 | K | A | |
| 78. A.O. Smith Corp. | A | Dividend | K | T | Buy (add'l) | 06/22/18 | K | | |
| 79. | | | | | Sold (part) | 10/02/18 | K | C | |
| 80. Carter's Inc. | A | Dividend | | | Sold | 10/26/18 | K | B | |
| 81. Celgene Corp. | | None | K | T | Sold (part) | 03/06/18 | K | A | |
| 82. Charles Schwab Corp. | A | Dividend | L | T | Sold (part) | 11/09/18 | K | B | |
| 83. Dollar Tree Inc | | None | | | Sold | 10/15/18 | K | E | |
| 84. DowDuPont f/k/a Dow Chemical Co | B | Dividend | L | T | | | | | |
| 85. Edwards Lifesciences | | None | L | T | Sold (part) | 10/02/18 | K | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Opperman, Daniel S. | 10/28/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.  EPAM Systems | | None | L | T | Sold (part) | 02/15/18 | K | D | |
| 87. | | | | | Sold (part) | 10/02/18 | J | C | |
| 88.  Euronet Worldwide Inc. | | None | L | T | Buy | 10/15/18 | K | | |
| 89. | | | | | Buy (add'l) | 10/19/18 | K | | |
| 90. | | | | | Buy (add'l) | 11/07/18 | K | | |
| 91.  Facebook Inc. | | None | L | T | Buy (add'l) | 03/23/18 | J | | |
| 92. | | | | | Sold (part) | 06/22/18 | K | B | |
| 93. | | | | | Sold (part) | 10/02/18 | J | C | |
| 94. | | | | | Sold (part) | 12/14/18 | K | D | |
| 95.  Fleetcor Technologies | | None | K | T | Buy | 11/26/18 | K | | |
| 96.  Google Inc. C1 a/k/a A/Alphabet Inc. C1 A | | None | M | T | Sold (part) | 03/27/18 | K | D | |
| 97. | | | | | Buy (add'l) | 05/18/18 | K | | |
| 98.  Guidewire Software | A | Dividend | K | T | Sold (part) | 03/23/18 | K | A | |
| 99.  Illumina Inc. | | None | L | T | Sold (part) | 08/23/18 | K | D | |
| 100. | | | | | Sold (part) | 10/02/18 | J | B | |
| 101. | | | | | Buy (add'l) | 12/06/18 | K | | |
| 102.  Intuitive Surgical Inc. | | None | K | T | Buy (add'l) | 10/15/18 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Opperman, Daniel S. | 10/28/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Buy (add'l) | 12/06/18 | K | | |
| 104. KAR Auction Services Ind. | A | Dividend | K | T | Sold (part) | 03/23/18 | J | A | |
| 105. | | | | | Sold (part) | 10/15/18 | J | C | |
| 106. LKQ Corp. | | None | | | Sold | 05/01/18 | K | A | |
| 107. Omnicell Inc. | | None | L | T | Buy (add'l) | 03/29/18 | J | | |
| 108. | | | | | Sold (part) | 10/02/18 | K | D | |
| 109. | | | | | Sold (part) | 11/09/18 | J | B | |
| 110. Palo Alto Networks | | None | L | T | Buy | 03/12/18 | K | | |
| 111. | | | | | Buy (add'l) | 03/29/18 | K | | |
| 112. | | | | | Buy (add'l) | 10/15/18 | K | | |
| 113. | | | | | Buy (add'l) | 12/06/18 | K | | |
| 114. Proofpoint, Inc. | | None | L | T | Sold (part) | 03/12/18 | L | D | |
| 115. | | | | | Buy (add'l) | 08/23/18 | K | | |
| 116. | | | | | Buy (add'l) | 12/06/18 | J | | |
| 117. RBC Money Market Account | A | Dividend | N | T | | | | | |
| 118. Red Hat Inc. | | None | | | Sold (part) | 03/27/18 | K | D | |
| 119. | | | | | Buy (add'l) | 05/18/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Opperman, Daniel S. | 10/28/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Sold | 12/06/18 | L | E | |
| 121. Salesforce.com | | None | L | T | Sold (part) | 05/18/18 | J | B | |
| 122. | | | | | Sold (part) | 06/27/18 | J | B | |
| 123. | | | | | Sold (part) | 10/02/18 | J | C | |
| 124. Signature Bank NY | B | Dividend | L | T | Buy (add'l) | 03/23/18 | J | | |
| 125. | | | | | Buy (add'l) | 05/18/18 | J | | |
| 126. Splunk Inc. | | None | M | T | Buy (add'l) | 02/14/18 | K | | |
| 127. | | | | | Sold (part) | 03/27/18 | K | B | |
| 128. | | | | | Buy (add'l) | 03/29/18 | K | | |
| 129. | | | | | Sold (part) | 05/18/18 | K | C | |
| 130. | | | | | Buy (add'l) | 10/15/18 | K | | |
| 131. Starbucks | A | Dividend | | | Sold | 06/27/18 | K | E | |
| 132. Ulta Salon | | None | K | T | Buy (add'l) | 04/10/18 | K | | |
| 133. | | | | | Sold (part) | 05/18/18 | K | D | |
| 134. | | | | | Sold (part) | 10/15/18 | J | D | |
| 135. The Ultimate Software Group | | None | K | T | Buy (add'l) | 02/15/18 | K | | |
| 136. | | | | | Buy (add'l) | 03/29/18 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Opperman, Daniel S. | 10/28/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Sold (part) | 06/22/18 | K | B | |
| 138. | | | | | Sold (part) | 10/02/18 | K | D | |
| 139. | | | | | Buy (add'l) | 10/15/18 | J | | |
| 140. Vertex Pharmaceuticals | | None | L | T | Buy | 03/06/18 | K | | |
| 141. | | | | | Buy (add'l) | 03/29/18 | K | | |
| 142. | | | | | Buy (add'l) | 05/16/18 | K | | |
| 143. | | | | | Sold (part) | 10/02/18 | J | B | |
| 144. | | | | | Sold (part) | 10/15/18 | J | A | |
| 145. Stocks and Bonds - Broker Accounts IRA DSO "(H)" | | | | | | | | | |
| 146. Amazon.com Inc. | | None | J | T | Sold (part) | 02/14/18 | J | B | |
| 147. American Tower Corp. | A | Dividend | | | Sold | 03/06/18 | J | A | |
| 148. A.O. Smith Corp. | A | Dividend | J | T | Buy (add'l) | 06/22/18 | J | | |
| 149. | | | | | Sold (part) | 10/02/18 | J | A | |
| 150. Carter's Inc. | A | Dividend | | | Sold | 10/26/18 | J | A | |
| 151. Celgene Corp. | | None | J | T | Sold (part) | 03/06/18 | J | A | |
| 152. Charles Schwab Corp. | A | Dividend | J | T | Sold (part) | 11/09/18 | J | A | |
| 153. CHEVRON CORP. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Opperman, Daniel S. | 10/28/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Dollar Tree Inc. | | None | | | Sold | 10/15/18 | J | A | |
| 155. Dreyfus Money Market Account | A | Dividend | J | T | | | | | |
| 156. Edwards Lifesciences | | None | J | T | | | | | |
| 157. EPAM Systems | | None | J | T | Sold (part) | 02/15/18 | J | A | |
| 158. Euronet Worldwide Inc. | | None | J | T | Buy | 10/15/18 | J | | |
| 159. | | | | | Buy (add'l) | 10/19/18 | J | | |
| 160. | | | | | Buy (add'l) | 11/07/18 | J | | |
| 161. Facebook Inc. | | None | J | T | Buy (add'l) | 03/23/18 | J | | |
| 162. | | | | | Sold (part) | 06/22/18 | J | A | |
| 163. | | | | | Sold (part) | 12/14/18 | J | A | |
| 164. FEDEX CORP. | A | Interest | J | T | | | | | |
| 165. Fleetcor Technologies | | None | J | T | Buy | 11/26/18 | J | | |
| 166. Google Inc. Cl a/k/a A/Alphabet Inc. Cl A | | None | J | T | | | | | |
| 167. Guidewire Software | A | Dividend | J | T | Buy (add'l) | 03/29/18 | J | | |
| 168. Illumina Inc. | | None | J | T | | | | | |
| 169. Intuitive Surgical Inc. | | None | J | T | Buy (add'l) | 10/26/18 | J | | |
| 170. JOHNSON & JOHNSON | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. KAR Auction Services Ind. | A | Dividend | J | T | | | | | |
| 172. LKQ Corp. | | None | | | Sold | 05/01/18 | J | A | |
| 173. MCDONALD'S CORP. BONDS | A | Interest | J | T | | | | | |
| 174. MCKESSON CORP. | A | Dividend | J | T | | | | | |
| 175. Omnicell Inc. | | None | J | T | Sold (part) | 11/09/18 | J | A | |
| 176. O'REILLY AUTOMOTIVE CORP. | A | Dividend | J | T | | | | | |
| 177. Palo Alto Networks | | None | J | T | Buy | 03/12/18 | J | | |
| 178. | | | | | Buy (add'l) | 04/05/18 | J | | |
| 179. | | | | | Buy (add'l) | 04/18/18 | J | | |
| 180. | | | | | Buy (add'l) | 10/09/18 | J | | |
| 181. Proofpoint, Inc. | | None | J | T | Sold (part) | 03/12/18 | J | A | |
| 182. | | | | | Buy (add'l) | 08/23/18 | J | | |
| 183. Red Hat Inc. | | None | J | T | | | | | |
| 184. Salesforce.com | | None | J | T | Sold (part) | 06/22/18 | J | A | |
| 185. Signature Bank NY | A | Dividend | J | T | | | | | |
| 186. Splunk Inc. | | None | J | T | Buy (add'l) | 02/14/18 | J | | |
| 187. | | | | | Sold (part) | 03/27/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188.  Starbucks Corp. | A | Dividend | | | Sold | 06/21/18 | J | A | |
| 189.  STRYKER COPR. | A | Dividend | J | T | | | | | |
| 190.  Ulta Salon | | None | J | T | | | | | |
| 191.  The Ultimate Software Group | | None | J | T | | | | | |
| 192.  UNITED PARCEL SERVICE | A | Dividend | J | T | Buy | 09/18/18 | J | | |
| 193.  Vertex Pharmaceuticals | | None | J | T | Buy | 03/06/18 | J | | |
| 194. | | | | | Buy (add'l) | 03/23/18 | J | | |
| 195. | | | | | Sold (part) | 10/15/18 | J | A | |
| 196.  WALT DISNEY CO. | A | Dividend | J | T | | | | | |
| 197.  WEYERHAEUSER CO. | A | Dividend | J | T | | | | | |
| 198.  Broker Account - DSO and SRO "(H)" | | | | | | | | | |
| 199.  Abbott Lab | B | Dividend | L | T | Buy (add'l) | 09/25/18 | J | | |
| 200.  Accenture LTD Cl A | A | Dividend | K | T | | | | | |
| 201.  Agilent Technologies | A | Dividend | K | T | Buy | 11/27/18 | K | | |
| 202.  Amphenol Corp. C1 A | A | Dividend | K | T | | | | | |
| 203.  Apple Computer Inc. | A | Dividend | K | T | Sold (part) | 02/02/18 | J | D | |
| 204. | | | | | Buy (add'l) | 09/13/18 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. AptarGroup Inc. | A | Dividend | K | T | | | | | |
| 206. ASML Holdings | A | Dividend | J | T | Buy | 11/08/18 | J | | |
| 207. Ball Corp. | A | Dividend | K | T | Sold (part) | 06/27/18 | K | A | |
| 208. | | | | | Buy (add'l) | 09/13/18 | J | | |
| 209. | | | | | Buy (add'l) | 11/01/18 | J | | |
| 210. Baxter Int'l Inc. | A | Dividend | | | Sold (part) | 01/22/18 | J | C | |
| 211. | | | | | Buy (add'l) | 09/13/18 | K | | |
| 212. | | | | | Sold | 11/07/18 | K | D | |
| 213. Becton Dickinson | A | Dividend | K | T | Buy (add'l) | 02/14/18 | K | | |
| 214. Black Rock Inc. | A | Dividend | K | T | Sold (part) | 01/24/18 | K | D | |
| 215. | | | | | Sold (part) | 07/24/18 | K | D | |
| 216. | | | | | Buy (add'l) | 11/01/18 | J | | |
| 217. Boeing Co. | B | Dividend | L | T | Sold (part) | 01/22/18 | K | D | |
| 218. | | | | | Buy (add'l) | 07/31/18 | K | | |
| 219. | | | | | Buy (add'l) | 11/07/18 | K | | |
| 220. Broadcom Ltd. | C | Dividend | L | T | Buy (add'l) | 12/12/18 | K | | |
| 221. Brookfield Asset Management | A | Dividend | K | T | Buy | 12/03/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. | | | | | Buy (add'l) | 12/11/18 | J | | |
| 223. Canadian Nat'l Railway | A | Dividend | K | T | | | | | |
| 224. Capgemini | A | Dividend | J | T | Buy | 11/28/18 | J | | |
| 225. | | | | | Buy (add'l) | 12/11/18 | J | | |
| 226. Check Point Software | | None | J | T | Buy | 04/19/18 | K | | |
| 227. | | | | | Sold (part) | 05/21/18 | J | A | |
| 228. Chevron Corp. | B | Dividend | K | T | | | | | |
| 229. Cisco Systems Inc. | A | Dividend | K | T | Buy | 07/24/18 | K | | |
| 230. | | | | | Buy (add'l) | 09/13/18 | K | | |
| 231. | | | | | Buy (add'l) | 11/01/18 | J | | |
| 232. | | | | | Sold (part) | 12/28/18 | K | A | |
| 233. Colgate-Palmolive Co. | A | Dividend | | | Buy (add'l) | 03/23/18 | J | | |
| 234. | | | | | Sold | 09/13/18 | K | A | |
| 235. Comcast Corp | A | Dividend | | | Buy | 11/07/18 | K | | |
| 236. | | | | | Sold | 12/28/18 | K | A | |
| 237. Cons Disc Select | A | Dividend | J | T | Buy | 12/14/18 | K | | |
| 238. Costco Wholesale | A | Dividend | | | Buy (add'l) | 01/24/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | | Name of Person Reporting | Date of Report |
|---|---|---|---|
| | | Opperman, Daniel S. | 10/28/2019 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. | | | | | Sold | 10/05/18 | L | D | |
| 240. CVS Corp. | A | Dividend | K | T | Buy (add'l) | 09/13/18 | K | | |
| 241. Dassault Systems S.A. | A | Dividend | K | T | Sold (part) | 02/14/18 | J | B | |
| 242. DBS Group | A | Dividend | J | T | Buy (add'l) | 02/14/18 | J | | |
| 243. | | | | | Sold (part) | 12/11/18 | J | A | |
| 244. Diageo PLC ADR | A | Dividend | K | T | Sold (part) | 11/14/18 | J | A | |
| 245. Discover Financial | A | Dividend | | | Buy (add'l) | 02/13/18 | J | | |
| 246. | | | | | Buy (add'l) | 03/23/18 | J | | |
| 247. | | | | | Sold | 12/14/18 | K | A | |
| 248. Enterprise Prod | A | Dividend | J | T | | | | | |
| 249. Estee Lauder C1A | A | Dividend | K | T | Sold (part) | 01/22/18 | K | C | |
| 250. | | | | | Buy (add'l) | 05/10/18 | J | | |
| 251. | | | | | Sold (part) | 08/23/18 | K | C | |
| 252. Experian PLC | A | Dividend | K | T | Buy | 11/16/18 | J | | |
| 253. | | | | | Buy (add'l) | 12/11/18 | J | | |
| 254. Fastenal Co. | A | Dividend | K | T | Buy (add'l) | 01/25/18 | K | | |
| 255. | | | | | Buy (add'l) | 08/07/18 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. | | | | | Sold (part) | 12/12/18 | K | A | |
| 257. Fomento Eco Mexicano | A | Dividend | J | T | Sold (part) | 01/09/18 | J | A | |
| 258. General Dynamics | A | Dividend | | | Buy (add'l) | 05/10/18 | K | | |
| 259. | | | | | Sold | 07/31/18 | K | D | |
| 260. Google Inc. C1 a/k/a A/Alphabet Inc. C1 A | | None | K | T | Sold (part) | 01/22/18 | K | D | |
| 261. | | | | | Sold (part) | 03/27/18 | K | D | |
| 262. GRAND RAPIDS - Grand Rapids Public Schools | A | Dividend | K | T | | | | | |
| 263. Grupo Aeroportuano Cen-ADR | A | Dividend | | | Buy | 04/19/18 | J | | |
| 264. | | | | | Sold | 11/29/18 | J | A | |
| 265. HDFC Bank Ltd. ADR | A | Dividend | J | T | Buy | 06/12/18 | J | | |
| 266. Henkel AG & Co. KGaA | A | Dividend | | | Sold | 11/20/18 | J | A | |
| 267. Home Depot Inc. | A | Dividend | K | T | Buy (add'l) | 09/13/18 | K | | |
| 268. | | | | | Sold (part) | 12/14/18 | K | A | |
| 269. Isabella Bank Corporation | D | Dividend | N | T | | | | | |
| 270. iShares FTSE/China 25 | A | Dividend | K | T | Buy (add'l) | 02/14/18 | J | | |
| 271. iShares MCSI EAFE | A | Dividend | K | T | | | | | |
| 272. iShares MSCI Emerging | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Opperman, Daniel S. | 10/28/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273.  iShares MSCI EU Financial | A | Dividend | K | T | Sold (part) | 11/29/18 | K | A | |
| 274.  Japan Index | A | Dividend | K | T | | | | | |
| 275.  JB Hunt Transport | A | Dividend | J | T | Buy (add'l) | 07/31/18 | K | | |
| 276. | | | | | Sold (part) | 12/14/18 | J | A | |
| 277.  JOHNSON & JOHNSON | A | Dividend | K | T | Sold (part) | 05/10/18 | K | A | |
| 278.  Marsh & McLennan | A | Dividend | | | Sold (part) | 05/10/18 | K | D | |
| 279. | | | | | Sold | 10/02/18 | K | D | |
| 280.  McCormick & Co. | A | Dividend | | | Sold | 09/07/18 | K | E | |
| 281.  Microsoft Corp. | B | Dividend | L | T | | | | | |
| 282.  Mondelez International | A | Dividend | J | T | Buy (add'l) | 03/23/18 | J | | |
| 283.  New Oriental Education SP ADR | A | Dividend | | | Buy (add'l) | 05/21/18 | J | | |
| 284. | | | | | Sold | 09/13/18 | K | A | |
| 285.  Nike Inc. | A | Dividend | K | T | Buy | 01/22/18 | J | | |
| 286.  Nippon Tel & Tel ADR | A | Dividend | | | Buy (add'l) | 02/14/18 | J | | |
| 287. | | | | | Sold (part) | 06/12/18 | J | C | |
| 288. | | | | | Sold | 11/08/18 | J | B | |
| 289.  Oneok Partners LP | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Opperman, Daniel S. | 10/28/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. Pepsico Inc. | A | Dividend | J | T | Sold (part) | 02/13/18 | J | B | |
| 291. Prudential PLC | A | Dividend | | | Buy (add'l) | 03/21/18 | J | | |
| 292. | | | | | Sold (part) | 12/03/18 | J | A | |
| 293. | | | | | Sold | 12/11/18 | J | A | |
| 294. Reins Grp of America | A | Dividend | | | Sold (part) | 06/27/18 | K | D | |
| 295. | | | | | Buy (add'l) | 11/13/18 | K | | |
| 296. | | | | | Sold | 12/28/18 | K | A | |
| 297. Republic Services | A | Dividend | J | T | Sold (part) | 07/31/18 | K | D | |
| 298. Ross Stores | A | Dividend | K | T | Buy (add'l) | 09/07/18 | J | | |
| 299. | | | | | Sold (part) | 12/28/18 | J | A | |
| 300. Royal Caribbean Cruises Ltd. | A | Dividend | | | Sold | 12/14/18 | K | A | |
| 301. S&P 500 Trust | A | Dividend | K | T | Buy (add'l) | 12/28/18 | L | | |
| 302. Schlumberger Ltd. | A | Dividend | | | Buy | 01/22/18 | K | | |
| 303. | | | | | Buy (add'l) | 03/23/18 | J | | |
| 304. | | | | | Sold | 09/13/18 | K | A | |
| 305. Stryker Corp. | A | Dividend | K | T | Sold (part) | 03/27/18 | K | C | |
| 306. | | | | | Buy (add'l) | 09/13/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Opperman, Daniel S. | 10/28/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307.  Svenska Cellulosa a/k/a Essity Aktiebolag | A | Dividend | J | T | | | | | |
| 308.  Taiwan Semiconductor | A | Dividend | | | Sold (part) | 04/19/18 | K | D | |
| 309. | | | | | Buy (add'l) | 09/13/18 | K | | |
| 310. | | | | | Sold | 12/11/18 | J | A | |
| 311.  Tata Motors Ltd. | A | Dividend | | | Buy | 01/09/18 | K | | |
| 312. | | | | | Sold (part) | 08/23/18 | J | A | |
| 313. | | | | | Sold | 09/13/18 | J | A | |
| 314.  Techtronic Inds. SP ADR | A | Dividend | | | Buy | 09/20/18 | J | | |
| 315. | | | | | Buy (add'l) | 10/05/18 | J | | |
| 316. | | | | | Sold | 11/29/18 | K | A | |
| 317.  TELUS Corp. | B | Dividend | K | T | Buy (add'l) | 02/14/18 | J | | |
| 318.  Total System Services, Inc. | A | Dividend | K | T | | | | | |
| 319.  Unilever NV | A | Dividend | J | T | Sold (part) | 02/13/18 | J | B | |
| 320.  UnitedHealth Group | A | Dividend | K | T | Sold (part) | 03/29/18 | K | A | |
| 321.  Union Pacific Corp. | A | Dividend | K | T | Sold (part) | 01/25/18 | K | D | |
| 322. | | | | | Buy (add'l) | 03/23/18 | K | | |
| 323.  Visa Inc. | A | Dividend | L | T | Sold (part) | 01/24/18 | J | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Opperman, Daniel S. | 10/28/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. Wabtec Corp. | A | Dividend | J | T | Buy | 01/22/18 | J | | |
| 325. | | | | | Buy (add'l) | 03/23/18 | J | | |
| 326. | | | | | Buy (add'l) | 08/02/18 | K | | |
| 327. | | | | | Sold (part) | 12/12/18 | K | A | |
| 328. West Pharmaceutical Services | A | Dividend | K | T | Buy (add'l) | 03/23/18 | J | | |
| 329. | | | | | Buy (add'l) | 11/01/18 | K | | |
| 330. Wisdom Tree Europe | A | Dividend | K | T | | | | | |
| 331. Wisdom Tree Japan | A | Dividend | J | T | Buy (add'l) | 09/13/18 | K | | |
| 332. | | | | | Sold (part) | 12/26/18 | K | A | |
| 333. WNS Holdings Ltd-ADR | | None | K | T | Buy (add'l) | 01/09/18 | J | | |
| 334. | | | | | Buy (add'l) | 02/14/18 | J | | |
| 335. | | | | | Sold (part) | 04/19/18 | J | A | |
| 336. | | | | | Sold (part) | 05/16/18 | J | A | |
| 337. | | | | | Sold (part) | 08/08/18 | J | C | |
| 338. | | | | | Buy (add'l) | 11/08/18 | J | | |
| 339. | | | | | Sold (part) | 12/28/18 | J | A | |
| 340. Zoetis Inc. | A | Dividend | K | T | Sold (part) | 07/31/18 | J | D | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. | | | | | Buy (add'l) | 11/01/18 | J | | |
| 342. | | | | | Buy (add'l) | 12/12/18 | J | | |
| 343. Retirement Funds "(H)" | | | | | | | | | |
| 344. ABBEY Capital Futures | A | Dividend | J | T | Buy (add'l) | 09/13/18 | J | | |
| 345. Aerovironment Inc. | A | Dividend | | | Buy | 02/08/18 | J | | |
| 346. | | | | | Sold | 11/30/18 | K | D | |
| 347. American Mutual Class F2 | A | Dividend | K | T | Sold (part) | 08/31/18 | J | A | |
| 348. | | | | | Buy (add'l) | 09/12/18 | J | | |
| 349. AMG Southernsun U.S. Equity | A | Dividend | | | Buy (add'l) | 08/30/18 | J | | |
| 350. | | | | | Sold | 09/12/18 | K | A | |
| 351. AQR Diversified Arbitrage Fund | A | Dividend | J | T | | | | | |
| 352. AQR Managed Futures Strategy Fund | | None | J | T | | | | | |
| 353. AQR Style Premium Alternative | A | Dividend | J | T | Buy (add'l) | 09/14/18 | J | | |
| 354. Artisan International Fund | A | Dividend | J | T | | | | | |
| 355. ASG Global Alternatives Fund | A | Dividend | J | T | | | | | |
| 356. Blackrock Event Driven Equity Fund | A | Dividend | J | T | Buy (add'l) | 09/14/18 | J | | |
| 357. Boston Partners Long/Short Research Fund | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. Bristol Myers | A | Dividend | J | T | | | | | |
| 359. Brown Advisory Growth Equity Fund | | None | K | T | Sold (part) | 08/30/18 | J | A | |
| 360. Causeway International | A | Dividend | K | T | Buy (add'l) | 08/30/18 | J | | |
| 361. Champlain Mid Cap Fund | | None | J | T | Buy | 09/11/18 | K | | |
| 362. Chiron Capital Allocation Fund | A | Dividend | J | T | | | | | |
| 363. Clearbridge Aggressive Growth Fund | A | Dividend | K | T | Sold (part) | 08/30/18 | J | A | |
| 364. CM Finance | A | Dividend | J | T | Sold (part) | 02/08/18 | J | A | |
| 365. Comcast Corporation | A | Dividend | J | T | Buy | 02/08/18 | J | | |
| 366. Credit Suisse Commodity Return Strategy Fund | A | Dividend | | | Sold | 07/19/18 | J | A | |
| 367. Delta Airlines | A | Dividend | J | T | Buy | 02/08/18 | J | | |
| 368. Deutsche Global Real Estate | A | Dividend | | | Sold | 07/19/18 | J | A | |
| 369. Disney Walt Company Com Disney | A | Dividend | J | T | Buy (add'l) | 02/08/18 | J | | |
| 370. Dodge & Cox Income Fund | A | Dividend | K | T | Buy (add'l) | 08/30/18 | J | | |
| 371. Dreyfus Global Real Return | A | Dividend | | | Sold | 09/14/18 | J | A | |
| 372. Dreyfus Treas Prime Cash | A | Dividend | L | T | | | | | |
| 373. Europacific Growth Fund Class F1 | A | Dividend | L | T | Sold (part) | 08/31/18 | J | A | |
| 374. Exxon Mobil - IRA | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Opperman, Daniel S. | 10/28/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. Gateway Fund Class | A | Dividend | J | T | | | | | |
| 376. Global Sachs Strategic Income Fund | A | Dividend | | | Sold | 07/19/18 | J | A | |
| 377. Harding Loevner Emerging Markets | A | Dividend | J | T | | | | | |
| 378. Heritage Cash Trust | A | Interest | K | T | | | | | |
| 379. International Paper Co. | B | Dividend | K | T | | | | | |
| 380. Ivy Asset Strategy Fund | A | Dividend | | | Sold | 07/19/18 | J | A | |
| 381. iShares TR Core MSCI EAFE | B | Dividend | K | T | Buy (add'l) | 08/31/18 | J | | |
| 382. iShares TR Core US AGGBD ET | A | Dividend | K | T | Buy (add'l) | 08/31/18 | J | | |
| 383. iShares TR Min Vol USA | A | Dividend | K | T | Sold (part) | 08/31/18 | J | A | |
| 384. John Hancock Disciplined Value Fund | A | Dividend | K | T | Sold (part) | 08/31/18 | J | A | |
| 385. | | | | | Buy (add'l) | 09/13/18 | J | | |
| 386. John Hancock Global Absolute Return | | None | J | T | | | | | |
| 387. JPMorgan Certificate of Deposit | | None | J | T | | | | | |
| 388. JPMorgan Value Advantage Fund | A | Dividend | | | Sold (part) | 08/30/18 | J | A | |
| 389. | | | | | Sold (part) | 09/11/18 | J | A | |
| 390. | | | | | Sold | 09/12/18 | K | A | |
| 391. Knoll Incorporated | A | Dividend | J | T | Buy | 02/08/18 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. Lazard Emerging Markets Equity Port | A | Dividend | K | T | Buy (add'l) | 08/30/18 | J | | |
| 393. Locorr Market Trend | A | Dividend | | | Sold | 09/13/18 | J | A | |
| 394. Loomis Sayles Growth Fund | A | Dividend | K | T | Sold (part) | 08/30/18 | J | A | |
| 395. Meridian Growth Fund | A | Dividend | J | T | Buy | 09/12/18 | J | | |
| 396. Metropolitan West Total Return Bond Fund | A | Dividend | K | T | Buy (add'l) | 08/30/18 | J | | |
| 397. MFS International Growth Fund | A | Dividend | K | T | Sold (part) | 08/31/18 | J | A | |
| 398. Neuberger Berman Long Short Fund | A | Dividend | | | Sold | 07/19/18 | J | A | |
| 399. Nuance Mid. Cap. Value Fund | A | Dividend | J | T | Buy | 09/12/18 | J | | |
| 400. Oakmark International | A | Dividend | J | T | | | | | |
| 401. Pimco Low Duration Fund | A | Dividend | J | T | Buy | 05/16/18 | J | | |
| 402. Prudential High Yield Fund | A | Dividend | | | Sold | 05/16/18 | J | A | |
| 403. Raymond James Bank Deposit Program | A | Interest | L | T | | | | | |
| 404. Raytheon Company | A | Dividend | J | T | Buy | 02/08/18 | J | | |
| 405. Sabra Healthcare | A | Dividend | J | T | | | | | |
| 406. Starbucks | A | Dividend | J | T | | | | | |
| 407. Templeton Global Bond Fund | A | Dividend | | | Sold | 07/19/18 | J | A | |
| 408. T. Rowe Price - Latin America - IRA | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409. T Rowe Price Small Cap Value Fund | A | Dividend | J | T | Sold (part) | 08/30/18 | J | A | |
| 410. | | | | | Sold (part) | 09/11/18 | J | A | |
| 411. Vanguard Group - Energy Fund | B | Dividend | K | T | | | | | |
| 412. Vanguard Index Funds S&P 500 | B | Dividend | K | T | Sold (part) | 08/31/18 | J | A | |
| 413. Victory Integrity Small Cap Value Fund | A | Dividend | J | T | Sold (part) | 08/30/18 | J | A | |
| 414. Victory Trivalent Intl | A | Dividend | J | T | Sold (part) | 09/12/18 | J | A | |
| 415. | | | | | Sold (part) | 09/12/18 | J | A | |
| 416. Virtus Emerging Markets | A | Dividend | | | Sold | 07/19/18 | J | A | |
| 417. Voya International Real Estate | A | Dividend | | | Sold | 07/19/18 | J | A | |
| 418. Wells Fargo Advantage Absolute Return Fund | A | Dividend | J | T | | | | | |
| 419. Wells Fargo Advantage Intl | A | Dividend | J | T | | | | | |
| 420. Wells Fargo Certificate of Deposit | | None | | | Redeemed | 05/16/18 | J | A | |
| 421. Wells Fargo International Value Fund | A | Dividend | J | T | | | | | |
| 422. Western Asset Total Return | A | Dividend | K | T | Buy (add'l) | 08/30/18 | J | | |
| 423. William Blair Marco | A | Dividend | J | T | | | | | |
| 424. William Blair Macro Allocation Fund | A | Dividend | J | T | | | | | |
| 425. Dow Chemical Retirement Health Care Assoc. | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 426. Dow Chemical Elective Deferral Plan | | None | J | T | | | | | |
| 427. Freeland State Bank - Certificate of Deposit - IRA | A | Dividend | K | T | | | | | |
| 428. YUM, Inc | A | Dividend | J | T | | | | | |
| 429. Auto Owners Insurance - Annuity - Fixed Rate | A | Interest | K | T | | | | | |
| 430. SEP-IRA - SRO "(H)" | | | | | | | | | |
| 431. Amazon.com Inc. | | None | K | T | Sold (part) | 03/28/18 | J | C | |
| 432. | | | | | Buy (add'l) | 05/18/18 | J | | |
| 433. | | | | | Sold (part) | 06/27/18 | J | A | |
| 434. American Tower Corp. | A | Dividend | J | T | Sold (part) | 03/06/18 | J | A | |
| 435. A.O. Smith Corp. | A | Dividend | J | T | Sold (part) | 10/02/18 | J | A | |
| 436. BNY Deposit | A | Dividend | K | T | | | | | |
| 437. Carter's Inc. | A | Dividend | | | Sold (part) | 03/23/18 | J | A | |
| 438. | | | | | Sold | 10/26/18 | J | A | |
| 439. Celegene Corp. | | None | J | T | Sold (part) | 03/06/18 | J | A | |
| 440. | | | | | Buy (add'l) | 05/15/18 | J | | |
| 441. Charles Schwab Corp. | A | Dividend | J | T | Sold (part) | 11/09/18 | J | A | |
| 442. Dollar Tree Inc. | | None | | | Sold | 10/15/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**

Page 31 of 35

Name of Person Reporting

Opperman, Daniel S.

Date of Report

10/28/2019

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 443. Edwards Lifesciences | | None | K | T | Sold (part) | 03/23/18 | J | B | |
| 444. | | | | | Buy (add'l) | 05/18/18 | J | | |
| 445. EPAM Systems | | None | J | T | Sold (part) | 02/15/18 | J | A | |
| 446. Euronet Worldwide Inc. | | None | K | T | Buy | 10/15/18 | J | | |
| 447. | | | | | Buy (add'l) | 10/19/18 | J | | |
| 448. | | | | | Buy (add'l) | 11/07/18 | J | | |
| 449. Facebook Inc. | | None | J | T | Buy (add'l) | 02/14/18 | J | | |
| 450. | | | | | Buy (add'l) | 03/23/18 | J | | |
| 451. | | | | | Sold (part) | 10/02/18 | J | A | |
| 452. | | | | | Sold (part) | 12/14/18 | J | C | |
| 453. Fleetcor Technologies | | None | J | T | Buy | 11/26/18 | J | | |
| 454. Google Inc. C1 a/k/a A/Alphabet C1 A | | None | K | T | Sold (part) | 03/27/18 | J | C | |
| 455. | | | | | Buy (add'l) | 05/15/18 | J | | |
| 456. Guidewire Software | A | Dividend | K | T | Sold (part) | 03/23/18 | J | A | |
| 457. | | | | | Buy (add'l) | 03/29/18 | J | | |
| 458. Illumina Inc. | | None | J | T | Sold (part) | 08/23/18 | J | B | |
| 459. Intuitive Surgical Inc. | | None | J | T | Buy (add'l) | 10/26/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Opperman, Daniel S. | 10/28/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 460. KAR Auction Services Ind. | A | Dividend | J | T | Sold (part) | 03/23/18 | J | A | |
| 461. LKQ Corp. | | None | | | Sold | 05/01/18 | J | A | |
| 462. Omnicell Inc. | | None | J | T | Buy (add'l) | 03/29/18 | J | | |
| 463. | | | | | Sold (part) | 11/09/18 | J | B | |
| 464. Palo Alto Networks | | None | K | T | Buy | 03/12/18 | J | | |
| 465. | | | | | Buy (add'l) | 04/05/18 | J | | |
| 466. | | | | | Buy (add'l) | 04/18/18 | J | | |
| 467. | | | | | Buy (add'l) | 05/18/18 | J | | |
| 468. | | | | | Buy (add'l) | 10/09/18 | J | | |
| 469. | | | | | Buy (add'l) | 12/06/18 | J | | |
| 470. Proofpoint, Inc. | | None | K | T | Sold (part) | 03/12/18 | J | B | |
| 471. | | | | | Buy (add'l) | 05/18/18 | J | | |
| 472. | | | | | Buy (add'l) | 08/23/18 | J | | |
| 473. | | | | | Buy (add'l) | 12/06/18 | J | | |
| 474. Red Hat Inc. | | None | | | Sold | 12/06/18 | K | D | |
| 475. Salesforce.com | | None | K | T | Sold (part) | 03/27/18 | J | A | |
| 476. | | | | | Sold (part) | 10/02/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Opperman, Daniel S. | 10/28/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 477. Splunk Inc. | | None | K | T | Buy (add'l) | 02/14/18 | J | | |
| 478. | | | | | Sold (part) | 03/27/18 | J | A | |
| 479. | | | | | Buy (add'l) | 03/29/18 | J | | |
| 480. Signature Bank NY | A | Dividend | J | T | Buy (add'l) | 05/15/18 | J | | |
| 481. Starbucks Corp. | A | Dividend | | | Sold | 06/27/18 | J | A | |
| 482. The Ultimate Software Group | | None | K | T | Buy (add'l) | 02/15/18 | J | | |
| 483. | | | | | Buy (add'l) | 03/23/18 | J | | |
| 484. Ulta Salon | | None | J | T | | | | | |
| 485. Vertex Pharmaceuticals | | None | J | T | Buy | 03/06/18 | J | | |
| 486. | | | | | Buy (add'l) | 03/29/18 | J | | |
| 487. | | | | | Sold (part) | 10/15/18 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Opperman, Daniel S. | 10/28/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ Daniel S. Opperman

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544